A05A0222. ARNOLD v. THE STATE.
(634 SE2d 438)

BERNES, Judge.

In *State v. Arnold,* 280 Ga. 487 (629 SE2d 807) (2006), the Supreme Court of Georgia reversed the judgment of this Court in *Arnold v. State,* 274 Ga. App. 187 (617 SE2d 169) (2005). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Andrews, P. J., Blackburn, P. J., Smith, P. J., Miller, Ellington and Adams, JJ., concur.*

DECIDED JUNE 29, 2006.

*Edith M. Edwards*, for appellant.

*J. David Miller, District Attorney, James B. Threlkeld, Assistant District Attorney*, for appellee.